SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

CRIS C. VAUGHAN, ESQ., SBN 99568
VAUGHAN & ASSOCIATES
6207 South Walnut Street, Suite 800
Loomis, CA  95650
Telephone:  916-660-9401
Facsimile:  916-660-9378

Attorney for Defendants, California Red's Café, Inc., Individually and dba California Reds Café; Dorothy M. Boone and James K. Boone, Individually and as Trustees of the James Keith Boone and Dorothy Mae Boone Declaration of Trust dated November 4, 1991

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson<br><br>         Plaintiff,<br><br>     vs.<br><br>California Red's Café, Inc., Individually and dba California Reds Café; Dorothy M. Boone, Individually and as Trustee of the James Keith Boone and Dorothy Mae Boone Declaration of Trust dated November 4, 1991; James K. Boone, Individually and as Trustee of the James Keith Boone and Dorothy M. Boone Declaration of Trust dated November 4, 1991,<br><br>         Defendants.<br>_____ | Case No. **2:12-cv-00783-WBS-DAD**<br><br>STIPULATION RE: EXTENSION OF TIME UNTIL JUNE 1, 2012 FOR DEFENDANTS TO RESPOND TO COMPLAINT AND [~~PROPOSED~~] ORDER |

STIPULATION RE: EXTENSION OF TIME - 1

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendants, California Red's Café, Inc., Dorothy M. Boone and James K. Boone, stipulate as follows:

1. No extension of time has been previously obtained.
2. Defendants are granted an extension until June 1, 2012 to respond or otherwise plead to Plaintiff's complaint.
3. Defendants' response will be due no later than June 1, 2012.

IT IS SO STIPULATED effective as of May 9, 2012.

Dated: May 9, 2012          _/s/ Cris C. Vaughan__
                             Cris C. Vaughan,
                             Attorney for Defendants,
                             California Red's Café,
                             Inc.; Dorothy M. Boone
                             and James K. Boone

Dated: May 10, 2012         /s/  Scott N. Johnson_____
                             Scott N. Johnson,
                             Attorney for Plaintiff

**ORDER**

**IT IS SO ORDERED.**

**Dated: May 10, 2012**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE