```
SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com
```

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>    Plaintiff;<br><br>  vs.<br><br>California Red's Café, Inc., et al,<br><br>    Defendants. | Case No. **2:12-cv-00783-WBS-DAD**<br><br>**ORDER RE: STIPULATION FOR DISMISSAL** |

   IT IS SO ORDERED THAT the above-entitled action be and is hereby dismissed without prejudice pursuant to Fed. R. Civ. P. Rule 41(a)(2).

Date: July 13, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PROPOSED ORDER RE STIPULATION FOR DISMISSAL

CIV: S-12-783-WBS-DAD- 1